# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| JOSEPHAT HENRY, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ST. CROIX ALUMINA, LLC, ALCOA )<br>INC., and GLENCORE, LTD, f/k/a )<br>CLARENDON, LTD., )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 1999/0036 |

## ORDER

THIS MATTER comes before the Court on Defendant Glencore, Ltd.'s Motion for Summary Judgment and Plaintiffs' Motion to File Supplemental Affidavits. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Glencore's Motion for Summary Judgment is **GRANTED**, in part, and **DENIED**, in part.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to File Supplemental Affidavits is **GRANTED,** in part and **DENIED,** in part.

                          **ENTER:**

**DATED:** August 10, 2007            /s/ Raymond L. Finch
                                                                RAYMOND L. FINCH
                                                                U.S. DISTRICT COURT JUDGE