# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

JOSEPHAT HENRY, et al.,            )
                                   )
       Plaintiffs,            )
                                   )
v.                                 )   CIVIL NO. 1999/0036
                                   )
ST. CROIX ALUMINA, LLC, ALCOA      )
INC., and GLENCORE, LTD, f/k/a     )
CLARENDON, LTD.,                   )
                                   )
       Defendants.            )

## ORDER

THIS MATTER comes before the Court for determination of a trial plan. The Court's Order on December 11, 2007 scheduled oral arguments to address the issues surrounding class certification and the trial plan to take place on Monday, January 28, 2008. Both parties have agreed to change the original date set for oral arguments and reschedule oral argument for March 17, 2008. Other than the new date set for oral arguments, this Order incorporates all provisions of the Court's December 11, 2007 Order. It is hereby

**ORDERED** that oral argument to address the issues surrounding class certification and the trial plan is scheduled for **10:00 AM** on **Monday, March 17, 2008** in Courtroom No. 1 of the District Court of the Virgin Islands in St. Croix.

**ENTER**:

**DATE:** January 10, 2008

_____/s/_____
**RAYMOND L. FINCH**
**DISTRICT COURT JUDGE**