# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| JOSEPHAT HENRY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ST. CROIX ALUMINA, LLC, ALCOA )<br>INC., and GLENCORE, LTD, f/k/a )<br>CLARENDON, LTD., )<br>)<br>Defendants. ) | CIVIL NO. 1999/0036 |

## ORDER

THIS MATTER comes before the Court for determination of pending issues in this matter which may affect the management of this litigation. Judge Finch's current law clerk, Aneal R. Ganta, has previously worked on several pre-trial motions that are currently pending in this case. Mr. Ganta has accepted an employment offer from the law firm of Gibson, Dunn & Crutcher LLP and will begin working at the firm upon the completion of his clerkship in the Virgin Islands. It has recently come to the attention of Mr. Ganta and the Court that Gibson, Dunn & Crutcher LLP is representing Defendant Alcoa Inc. in this matter. This fact was unknown to Mr. Ganta during the time that he worked on this case. In lieu of the foregoing, it is hereby

**ORDERED** that the parties shall have 15 days from the date hereof to file any motion which is deemed appropriate under the circumstances.

**ENTER**:

**DATE:** February 28, 2008

_____/s/_____
**RAYMOND L. FINCH**
**DISTRICT COURT JUDGE**

Henry v. St. Croix Alumina, LLC, et al.
Civil No. 1999/0036
Order – Motion for Clarification
Page 2