OIN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

JOSEPHAT HENRY, et al.          :          CIVIL ACTION
                                :
          v.                    :
                                :
ST. CROIX ALUMINA, LLC, et al.  :          NO.  99-0036

ORDER

AND NOW, this 3rd day of June, 2008, after a telephone
conference with counsel, it is hereby ORDERED that:

1.  Defendants St. Croix Alumina, LLC and Alcoa, Inc.
shall pay the fees and costs of plaintiffs' experts to supplement
their reports and shall pay the fees of plaintiffs' experts to
sit for any additional expert depositions by defendants as well
as the fees and costs of one of plaintiffs' counsel in connection
with the taking of such depositions.  Such costs and fees shall
be borne equally by these two defendants.

2.  Defendants may supplement their expert reports
within 20 days after they are served with plaintiffs'
supplemental expert reports.  Said supplemental expert reports
shall be limited to responding to the additional material in
plaintiffs' supplemental expert reports.

3.  Plaintiffs may depose defendants' experts on the
additional material in their supplemental reports.  Defendants
shall pay the fees and costs of one of plaintiffs' counsel in
connection with the taking of such depositions.  Such fees and

costs shall be borne equally by defendants St. Croix Alumina, LLC
and Alcoa, Inc.

4.  Notwithstanding anything to the contrary,
defendants need not pay the fees and costs of plaintiffs' expert
Dr. Nachem Brautbar to the extent he adds additional information
and references related to the issue of medical monitoring, and
defendants need not pay the fees and costs of Dr. Brautbar to sit
for a deposition related to this subject or the fees and costs of
plaintiffs' counsel in this regard.  Further, defendant need not
pay the fees and costs of plaintiffs' counsel to attend any
deposition of defendants' expert who responds to the supplemental
expert report of Dr. Brautbar.

5.  Paragraphs 8 through 10 of the Order of March 27,
2008 are hereby vacated.

6.  Any further depositions of experts shall take
place no later than July 31, 2008.

7.  Any Daubert motions, together with supporting
briefs, shall be filed and served on or before August 29, 2008.
Any opposing briefs shall be filed and served on or before
September 15, 2008, and any reply briefs shall be filed and
served on or before September 29, 2008.  Any hearing, if
necessary, will be scheduled thereafter.

8.  A hard copy of all motions and briefs shall be sent
to the undersigned at his Chambers in Philadelphia, Pennsylvania.
No supporting or opposing brief shall exceed 25 pages, and no
reply brief shall exceed 10 pages, without leave of court.

-2-

9.  The court will hold another status conference after resolving any <u>Daubert</u> motions.

BY THE COURT:


<u>/s/ Harvey Bartle III</u>
HARVEY BARTLE III                C.J.
SITTING BY DESIGNATION