```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                    DIVISION OF ST. CROIX
```

JOSEPHAT HENRY, et al.         :     CIVIL ACTION
                               :
          v.                   :
                               :
ST. CROIX ALUMINA, LLC, et al. :     NO. 1999-0036

ORDER

AND NOW, this 13th day of April, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants St. Croix Alumina, L.L.C., Alcoa, Inc., and Glencore Ltd. to exclude the reports, opinions, and testimony of Mr. Jim Tarr (Doc. #1274) is GRANTED;

(2)  the motion of said defendants to exclude the reports, opinions, and testimony of Mr. Clayton Bock (Doc. #1275) is GRANTED;

(3)  the motion of said defendants to exclude the reports, opinions, and testimony of Dr. Edward Kleppinger (Doc. #1276) is GRANTED; and

(4)  the motion of said defendants to exclude the reports, opinions, and testimony of Dr. Nacham Brautbar (Doc. #1277) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III        C.J.
SITTING BY DESIGNATION