# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| JOSEPHAT HENRY, resident of Harvey, )<br>KAY WILLIAMS, resident of Harvey, )<br>SYLVIA BROWNE, resident of Clifton Hill, )<br>MAUDE DREW, resident of Estate Barren Spot, )<br>MARTHA ACOSTA, resident of Estate Profit, )<br>JOSE BERRIOS, resident of Estate Profit, )<br>WILHELMINA GLASGOW, as an individual and as )<br>mother and next friend of SAMANTHA VIERA, a Minor, )<br>both residents of Estate LaReine, )<br>MERCEDES ROSA, resident of Estate Profit, )<br>JULIAN ST. BRICE, resident of Clifton Hill, )<br>GEORGE RODRIGUEZ, as an individual and as father )<br>and next friend of AMANDO and GEORGE E. )<br>RODRIGUEZ, Minors, all residents of Estate Profit, )<br>SONYA CIRILO, resident of Estate Profit, )<br>RAQUEL TAVAREZ, resident of Estate Profit, )<br>NEFTALI, as an individual and as father and next friend )<br>of ANGEL JAVIER CAMACHO, a Minor, both residents )<br>of Estate Profit, )<br>CHEDDIE KELSHALL, resident of Estate Profit, )<br>and other persons too numerous to mention, )<br>A CLASS ACTION, )<br>)<br>                    Plaintiffs, )<br>)<br>     v. )<br>)<br>ST. CROIX ALUMINA, LLC, ALCOA INC., and )<br>GLENCORE, LTD., f/k/a CLARENDON, LTD., )<br>)<br>                    Defendants. )<br>_____) | CIVIL NO. 1999/0036 |

### ALCOA INC. AND ST. CROIX ALUMINA, LLC'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLASS CLAIM FOR INJUNCTIVE RELIEF

Defendants Alcoa Inc. ("Alcoa") and St. Croix Alumina, LLC ("SCA") (collectively, "Defendants") will and hereby do move for an order granting summary judgment on Plaintiffs' class claim for injunctive relief as stated in this Court's June 3, 2008 Order certifying a class

<u>Henry, et al. v. St. Croix Alumina, LLC, et al.</u>, C.A. No. 1999/0036
Alcoa Inc. and St. Croix Alumina, LLC's Motion for Summary Judgment on
Plaintiffs' Class Claim for Injunctive Relief
Page 2

under Federal Rule of Civil Procedure 23(b)(2). This motion is made pursuant to Federal Rule of Civil Procedure 56 on the grounds that there is no triable issue of fact and that Defendants are entitled to judgment as a matter of law for the following reasons:

1.  Alcoa has never owned the alumina refinery property, and SCA has not owned the property since 2002. Because as a matter of law the successor owner has had more than sufficient time to abate the alleged continuing nuisance, Defendants cannot be held liable for the alleged continuing nuisance. Therefore, Plaintiffs are not entitled to injunctive relief requiring Defendants to enter the property to abate the alleged continuing nuisance.

2.  Plaintiffs have failed to develop admissible expert evidence regarding (a) the existence of a continuing nuisance and (b) what might constitute an appropriate plan for abatement of that continuing nuisance. Because Plaintiffs cannot meet their burden of proof without expert testimony on both these issues, their claim for injunctive relief fails as a matter of law.

3.  The claim for injunctive relief implicates technical and policy considerations particularly within the expertise of the Virgin Islands Department of Planning and Natural Resources ("DPNR"). DPNR is already involved in the preparation, negotiation and implementation of a closure/remediation plan at the site that would conflict with Plaintiffs' requested injunctive relief. Accordingly, the Court should abstain under the primary jurisdiction doctrine and dismiss Plaintiffs' class claim for injunctive relief.

The grounds for summary judgment are set out more fully in the accompanying Memorandum of Law.

<u>Henry, et al. v. St. Croix Alumina, LLC, et al.</u>, C.A. No. 1999/0036
Alcoa Inc. and St. Croix Alumina, LLC's Motion for Summary Judgment on
Plaintiffs' Class Claim for Injunctive Relief
Page 3

WHEREFORE, Defendants Alcoa Inc. and St. Croix Alumina, LLC respectfully request that the Court enter summary judgment in their favor on 23(b)(2) Class Plaintiffs' claim for injunctive relief and grant Defendants such other relief as the Court deems appropriate.

Dated: May 15, 2009

Respectfully submitted,

THE LAW OFFICES OF BERNARD C. PATTIE, PC
s/Bernard C. Pattie
Bernard C. Pattie
1244 Queen Cross Street, Suite 5
Christiansted, VI 00820
(340) 692-1171 *phone*
(340) 692-7719 *fax*
boinie@compuserve.com
paralegal.bcppc@vipowernet.net
V.I. Bar No. 262
HUNTON & WILLIAMS LLP
David Craig Landin*
Lori Elliott Jarvis*
*Admitted *Pro Hac Vice*
951 E. Byrd Street
Richmond, VA 23235
(804) 788-8200 *phone*
(804) 788-8214 *fax*

GIBSON, DUNN & CRUTCHER LLP
Daniel W. Nelson*
*Admitted *Pro Hac Vice*
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

***Counsel for Defendants***
***St. Croix Alumina, LLC and Alcoa Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May, 2009, I electronically filed the foregoing **Motion for Summary Judgment on Plaintiffs' Class Claim for Injunctive Relief** with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Lee J. Rohn, Esq.
> Law Offices of Lee J. Rohn
> 1101 King Street, Suite 2
> Christiansted, St. Croix VI  00820
> lee@rohnlaw.com
>
> Gordon C. Rhea, Esq.
> Richardson, Patrick, Westbrook & Brickman, LLC
> P.O. Box 3111
> 17 Church Street, Suite 205
> St. Croix, VI  00822
> grhea@rpwb.com
>
> Scott Summy, Esq.
> Renee Melancon, Esq.
> Laura Baughman, Esq.
> Ellen Presby, Esq.
> Baron & Budd, P.C.
> 3102 Oak Lawn Avenue, Suite 1100
> Dallas, TX  75219
> ssummy@baronbudd.com

> s/Bernard C. Pattie
> 1244 Queen Cross Street, Suite 5
> Christiansted, VI 00820
> (340) 692-1171 *phone*
> (340) 692-7719 *fax*
> boinie@compuserve.com
> paralegal.bcppc@vipowernet.net
> V.I. Bar No. 262