```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                       DIVISION OF ST. CROIX

JOSEPHAT HENRY, et al.          :       CIVIL ACTION
                                :
           v.                   :
                                :
ST. CROIX ALUMINA, LLC, et al.  :       NO. 1999-0036
```

ORDER

AND NOW, this 25th day of September, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants St. Croix Alumina, LLC and Alcoa, Inc. for summary judgment (Doc. No. 1308) is GRANTED; and

(2)  judgment is entered in favor of the defendants St. Croix Alumina, LLC and Alcoa, Inc. and against plaintiffs Josephat Henry, Kay Williams, Sylvia Browne, Maude Drew, Martha Acosta, Wilhelmina Glasgow, Samantha Viera, Mercedes Rosa, George Rodriguez, Amando Rodriguez, George E. Rodriguez, Sonya Cirilo, Raquel Tavarez, Neftali Camacho, Angel Javier Camacho, Eyajie Malaykhan, and Cheddie Kelshall on plaintiffs' class claims for injunctive relief.

```
                              BY THE COURT:


                               /s/ Harvey Bartle III
                              HARVEY BARTLE III        C.J.
                              SITTING BY DESIGNATION
```