```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. CROIX

JOSEPHAT HENRY, et al.          :     CIVIL ACTION
                                :
        v.                      :
                                :
ST. CROIX ALUMINA, LLC, et al.  :     NO.  99-0036
```

ORDER

AND NOW, this 14th day of July, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that plaintiff's request to replace Dennis Arlen Wheeler with a new expert for trial is DENIED.

```
                         BY THE COURT:


                          /s/ Harvey Bartle III
                         HARVEY BARTLE III              J.
                         SITTING BY DESIGNATION
```