```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. CROIX

JOSEPHAT HENRY, et al.          :        CIVIL ACTION
                                :
        v.                      :
                                :
ST. CROIX ALUMINA, LLC, et al.  :        NO. 99-0036
```

ORDER

AND NOW, this 1st day of September, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  plaintiffs' counsel Lee J. Rohn is hereby SANCTIONED for violating Rule 11 of the Federal Rules of Civil Procedure;

(2)  Lee J. Rohn shall complete on or before December 31, 2011 three hours of Continuing Legal Education in legal ethics or professionalism in addition to the two hours mandated by the Rule 208 of the Supreme Court of the Virgin Islands; and

(3)  Lee J. Rohn shall file and serve on or before January 5, 2012 an affidavit attesting to her compliance with this order, that is, that she has completed a total of five hours of Continuing Legal Education in legal ethics or professionalism in the calendar year 2011.  The affidavit shall include the dates

where all five hours were completed and the address of the place

where they were completed.

                              BY THE COURT:


                               /s/ Harvey Bartle III
                              HARVEY BARTLE III            J.
                              SITTING BY DESIGNATION