```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                         DIVISION OF ST. CROIX

JOSEPHAT HENRY, et al.           :
                                 :    CIVIL ACTION
v.                               :
                                 :
ST. CROIX ALUMINA, LLC, et al.   :    NO. 99-0036
```

ORDER

AND NOW, this 9th day of January, 2012, it is hereby ORDERED that:

(1) counsel in the above-captioned case shall appear at a status conference on Friday, January 13, 2012 at 4:00 p.m. in the visiting judge's chambers of the Almeric L. Christian Federal Building, 3013 Estate Golden Rock, St Croix, U.S. Virgin Islands; and

(2) counsel shall be prepared to discuss the pending settlement and the amount of time necessary to conclude this litigation.

```
                                 BY THE COURT:


                                 /s/ Harvey Bartle III
                                 HARVEY BARTLE III    J.
                                 SITTING BY DESIGNATION
```