IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| JOSEPHAT HENRY, ET AL.,<br><br>PLAINTIFFS,<br><br>V.<br><br>ST. CROIX ALUMINA, LLC, ET AL.,<br><br>DEFENDANTS. | CIV. NO. 1:99-CV-0036-HB |

STIPULATION FOR ENTRY OF FINAL JUDGMENT

Now come Josephat Henry, Sylvia Browne, Maude Drew, Martha Acosta, Neftali Camacho, Wilhemina Glasgow, Eyajie Malaykhan, Kelshall Cheddie, Sonia Cirilo, Raquel Tavarez, George Rodriguez, and Mercedes Rosa ("Plaintiffs") and St. Croix Alumina, LLC, Alcoa Inc., and Glencore Ltd. ("Defendants") and stipulate to the entry of a final judgment in this matter, dismissing the case, with prejudice for the following reasons:

1. The parties have reached a two-part settlement of this matter: (A) Claims that survived various rulings of the Court are forever compromised; and (B) claims that were dismissed as a result of rulings of the Court are preserved for appeal and are not compromised if and only if they are reinstated or remanded following such appeal . A copy of the settlement agreement with payment terms redacted is attached to this stipulation as Exhibit A. Statements in this stipulation shall not modify or amend the settlement agreement.

2. In order to allow the aforesaid appeal to go forward, the parties stipulate that

this Court may enter a final judgment dismissing the case, with prejudice.

3. The fact that the Plaintiffs stipulate to entry of a judgment of dismissal with prejudice shall not be construed as a waiver or release of the claims that the Plaintiffs intend to pursue on appeal.

Respectfully submitted,

|  |  |
|---|---|
| /s Lee J. Rohn | /s/ Andrew C. Simpson_____ |
| Lee J. Rohn, Esq. | Andrew C. Simpson (V.I. Bar. No. 451) |
| Law Offices of Lee J. Rohn | Andrew C. Simpson, P.C. |
| 1101 King Street, Suite 2 | 2191 Church St, Ste 5 |
| Christiansted, St. Croix VI 00820 | Christiansted, St. Croix |
|  | U.S. Virgin Islands 00820 |
| Counsel for Plaintiffs | Counsel for St. Croix Alumina, LLC and Alcoa Inc. |

/s/ Richard M. Hunter
Richard M. Hunter, Esq.
Hunter, Cole & Bennett
1138 King Street, Ste 301
Christiansted, VI  00820

Counsel for Glencore

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 9, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

|  |  |
|---|---|
| Lee J. Rohn, Esq. | Bernard C. Pattie |
| Law Offices of Lee J. Rohn | 1244 Queen Cross Street, Suite 5 |
| 1101 King Street, Suite 2 | Christiansted, VI 00820 |
| Christiansted, St. Croix VI 00820 |  |

| | |
|---|---|
| Laura Baughman, Esq.<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | René P. Tatro, Esq.<br>Juliet A. Markowitz, Esq.<br>Tatro Tekosky Sadwick LLP<br>333 South Grand Ave., Suite 4270<br>Los Angeles, CA 90071 |
| Gordon C Rhea<br>211 Bennett,<br>Mount Pleasant, SC 29464 | Richard M. Hunter, Esq.<br>Hunter, Cole & Bennett<br>1138 King Street, Ste 301<br>Christiansted, VI  00820 |

\_\_\_/s/ Andrew C. Simpson\_\_\_\_