IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| JOSEPHAT HENRY, ET AL., <br><br> PLAINTIFFS, <br><br> V. <br><br> ST. CROIX ALUMINA, LLC, ET AL., <br><br> DEFENDANTS. | CIV. NO. 1:99-CV-0036-HB |

FINAL JUDGMENT

This matter is before the Court on the parties' joint stipulation for entry of a final judgment in this matter, dismissing the case, with prejudice. Considering the foregoing, it is ORDERED that final judgment is hereby entered, dismissing this matter, with prejudice.

/s/ Harvey Bartle III
Harvey Bartle III, J.
Sitting by designation

March 12, 2012