## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| JOSEPHAT HENRY resident of Harvey, KAY WILLIAMS resident of Harvey, SYLVIA BROWNE resident of Clifton Hill, MAUDE DREW resident of Estate Barren Spot, MARTHA ACOSTA resident of Estate Profit, WILHELMINA GLASGOW as in individual and mother and next of friend of SAMANTHA VIERA, a minor, both residents of Estate Profit, MERCEDES ROSA resident of Estate Profit, GEORGE RODRIGUEZ as an individual and as father and next friend of AMANDO and GEORGE E. RODRIGUEZ, minors, all residents of Estate Profit, SONYA CIRILO resident of Estate Profit, RAQUEL TAVAREZ, resident of Estate Profit, NEFTALI CAMACHO, as an individual and as father and next friend of ANGEL JAVIER CAMACHO a minor, both residents of Estate Profit, EYAJIE MALAYKHAN resident of Estate Profit, CHEDDIE KELSHALL resident of Estate Profit,<br><br>Plaintiff(s),<br><br>v.<br><br>ST. CROIX ALUMINA, LLC, ALCOA INC., and GLENCORE, LTD., f/k/a CLARENDON, LTD.,<br><br>Defendant(s). | CIVIL NO. 1999/0036<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE TO THE COURT IN FURTHERANCE OF NOTICE FILED ON MARCH 9, 2012 REGARDING ETHICS COURSES

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Henry, et al. v. St. Croix Alumina, LLC, et al., Civil No. 1999/0036
**NOTICE TO THE COURT IN FURTHERANCE OF NOTICE FILED ON MARCH 9, 2012 REGARDING ETHICS COURSES**
Page 2

  **COMES NOW** Lee J. Rohn, and files this additional Notice to the Court in furtherance of the notice previously filed on March 9, 2012 regarding ethics courses.

  Undersigned in checking on the certification from the American Association for Justice has been informed that it does not give certifications. Further, because counsel was unable to travel to Phoenix due to counsel's trial calendar, the courses were taken pursuant to receiving the compact disc of the courses given and the written materials associated with the courses, which was provided to counsel by the American Association for Justice for the purpose of attending the courses remotely.

         RESPECTFULLY SUBMITTED
         LEE J. ROHN AND ASSOCIATES, LLC
         Attorneys for Plaintiff(s)

DATED: June 1, 2012    BY: ___s/ *Lee J. Rohn*___
         Lee J. Rohn, Esq.
         VI Bar No. 52
         1101 King Street
         Christiansted, St. Croix
         U.S. Virgin Islands 00820
         Telephone: (340) 778-8855
         Fax: (340) 773-2954

Henry, et al. v. St. Croix Alumina, LLC, et al., Civil No. 1999/0036
**NOTICE TO THE COURT IN FURTHERANCE OF NOTICE FILED ON MARCH 9, 2012 REGARDING ETHICS COURSES**
Page 3

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 1, 2012, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Andrew C. Simpson, Esq.
Law Offices of Andrew C. Simpson, P.C.
2191 Church St., Suite 5
Christiansted, VI  00820
　　Attorney For: St. Croix Alumina LLC and Alcoa Inc.

Bernard  Pattie, Esquire
Law Office of Bernard Pattie
1244 Queen Cross Street, Suite 5
St. Croix, VI  00820-4932
　　Attorney For: St. Croix Alumina LLC and Alcoa Inc.

Derek M. Hodge, Esquire
Derek M. Hodge, P.C.
P.O. Box 303678
St. Thomas, VI  00802
　　Attorney For: Glencore, Ltd.

Gordon Rhea, Esquire
Richardson, Patrick Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd. Bldg A
Mt. Pleasant, SC  29464
　　Attorney For: Plaintiffs

Laura Baughman, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Ave.
Dallas, TX  75219-4281
　　Attorney For: Plaintiffs

Henry, et al. v. St. Croix Alumina, LLC, et al., Civil No. 1999/0036
**NOTICE TO THE COURT IN FURTHERANCE OF NOTICE FILED ON MARCH 9, 2012 REGARDING ETHICS COURSES**
Page 4

    Lori E. Jarvis, Esquire
    Hunton & Williams
    River Front Plaza, East Tower
    951 East Byrd Street
    Richmond, VA  23219
       Attorney For: St. Croix Alumina LLC and Alcoa Inc.

    Rene' P.  Tatro, Esquire
    Tatro Tekosky Sadwick LLP
    333 S. Grand Avenue, Suite 4270
    Los Angeles, CA  90017
       Attorney For: Glencore, Ltd.

    Richard Hunter, Esquire
    Hunter, Cole & Bennett
    Pentheny Bldg., 3rd Floor
    1138 King Street
    Christiansted, VI  00820
       Attorney For: Glencore, Ltd., St. Croix Alumina LLC and Alcoa Inc.

    Robert  E. Thackston, Esquire
    Hawkins Parnell Thackson & Young LLP
    4514 Cole Avenue, Suite 500
    Dallas, TX  75205-5412
       Attorney For: St. Croix Alumina LLC and Alcoa Inc.

    Willie E. Ellis Jr., Esquire
    Hawkins Parnell Thackson & Young LLP
    303 Peachtree Street NE, Suite 4000
    Atlanta, GA  30308
       Attorney For: St. Croix Alumina LLC and Alcoa Inc.

                                 BY:   s/Lee J. Rohn